UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RACKY RAMCHAIR,

                Petitioner,

  -against-

JAMES CONWAY, Superintendent,
Attica Correctional Facility,

                Respondent.
-----------------------------------------------------------X

JUDGMENT
04-CV- 4241 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR -7 2008 ★

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 4, 2008, granting the petition for a writ of habeas corpus; directing respondent to release petitioner within 45 days of the Court's Memorandum and Order unless the state declares its intention, within those 45 days, to retry petitioner on the charges against him; it is

      ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; and that respondent is directed to release petitioner within 45 days of the Court's Memorandum and Order unless the state declared its intention, within those 45 days, to retry petitioner on the charges against him.

Approved by:   s/John Gleeson

                    John Gleeson
                    United States District Judge

Dated:      Brooklyn, New York
             April 4, 2008


Dated:   Brooklyn, New York
        April 7, 2008

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court