LAW OFFICES OF
# FRANK HANDELMAN
780 THIRD AVENUE – 4th Floor
NEW YORK, NY 10017
(212) 471-6239

FACSIMILE (212) 935-5012
frankhandelman@gmail.com

<u>Via Facsimile: (718) 613-2456 & ECF</u>
May 8, 2008

Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

### Re: <u>Racky Ramchair v. James Conway, 04 CV 4241 (JG)</u>

Dear Judge Gleeson:

    In preparing my memorandum in opposition to Respondant's motion for a stay of your April 4, 2008 decision, in which you order Mr. Ramchair's release unless the state indicated its intention to retry Mr. Ramchair within 45 days, I have been in regular touch with Assistant Attorney General Roseann B. MacKechnie. Ms. MacKechnie has provided me with Mr. Ramchair's NYSID report which I know she has also submitted to the Court.

    Upon review of the report, I spoke with her further to determine when Mr. Ramchair would be released on his various cases. As the Court is aware, Mr. Ramchair's sentence in the instant matter was made consecutive to an 8-16 year sentence on a parole violation in Queens County. Yesterday I received an email from Ms. MacKechnie on his time owed. Should Mr. Ramchair be ultimately successful in the instant case, either by acquittal at retrial, or other termination, his earliest Conditional Release date, according to Richard deSimone, counsel of the New York State Department of Correction Services, is January 10, 2009. I have received this information by email from Mr. deSimone, forwarded by Ms. MacKechnie. Accordingly, he would not be released in any event if the state declines to retry him or declare its intention to do so within the 45 days specified in your decision.

FRANK HANDELMAN

Hon. John Gleeson
May 8, 2008
Page 2

Accordingly, I am writing to see if Your Honor still wishes me to write in opposition to the Respondant's motion to stay your order. If so, I would ask one (1) additional business day, until Monday, May 12, 2008, to file my opposition to this motion.

Thank you for your kind consideration.

Sincerely,

Frank Handelman

FH:jah

cc: Assistant Attorney General Roseann B. MacKechnie, by Facsimile: (212) 416-8931

# TRANSMITTAL

| | |
|---|---|
| To: | Honorable John Gleeson |
| cc: | Assistant Attorney General Roseann MeacKechnie, (212) 416-8931 |
| From: | Frank Handelman |
| Date: | May 8, 2008 |
| Re: | Racky Ramchair v. James Conway, 04 CV 4241 (JG) |
| Pages: | 3   (including cover sheet) |
| Fax No. | (718) 613-2456 |

This facsimile transmission is intended only for the use of the addressee and may contain confidential or legally privileged information. If you are not the intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited.

From the desk of...
Frank Handelman, Esq.
780 Third Avenue – 4th Floor
New York, New York 10017
Tel No. (212) 471-6239
Fax No. (212) 935-5012
e-mail - frankhandelman@gmail.com