# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (11-07)

Reporter's Invoice No.: 00000919
VOUCHER NUMBER: 091110000014

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Racky Ramchair | | | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT/DEF. NUMBER 04-CV-4241 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) Racky Ramchair vs. Conway | 8. PAYMENT CATEGORY Other | 9. TYPE PERSON REPRESENTED Adult Defendant | | 10. REPRESENTATION TYPE HC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 05 2009 ★
LONG ISLAND OFFICE

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Habeas Corpus Petition

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically) NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Hearing

14. SPECIAL AUTHORIZATIONS (Services Other Than Ordinary)   JUDGE'S INITIALS

A: Apportioned Cost  0.5000 % of transcript with (Give case name and defendant) New York State Attorney

B. ☐ 14-Day  ☒ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. ☐

### 15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney  Date 10/14/09
Printed Name: Frank Handelman
Telephone Number: (212) 471-6239
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

### 16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or by Order of the Court
Date of Order: 11-3-09   Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
ANTHONY D. FRISOLONE, CSR RDR CRR
225 Cadman Plaza East
Room 118 North
Brooklyn, NY 11201
Telephone Number: (718) 613-2487

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1 to 72 | 72 | 5.34 | 384.48 | 0.50000 | 192.24 |
| 1st Copy | 1 to 72 | 72 | 0.90 | 64.80 | | 64.80 |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | 257.04 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee   Date 10-13-2009

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.
Signature of Attorney or Clerk   Date 10-14-09

## APPROVED FOR PAYMENT - COURT USE ONLY

23. APPROVED FOR PAYMENT
Signature of Judicial Officer or Clerk of Court   Date 11-3-09

24. AMOUNT APPROVED: $257.04

PDF created with pdfFactory trial version www.pdffactory.com