# Frank Handelman
LAW OFFICES
780 THIRD AVENUE
4TH FLOOR
NEW YORK, NEW YORK 10017

FRANKHANDELMAN@GMAIL.COM

(212) 471-6239 • FAX (212) 935-5012

**By ECF and Fax (718) 613-2456**

July 8, 2010

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Racky Ramchair v. James Conway, 04 CV 4241 (JG)**

Dear Judge Gleeson:

    I have now received the respondent's Affidavit and Memorandum of Law dated July 6, 2010 on the issue as to whether the Queens County District Attorney's Office should be precluded from re-trying Mr. Ramchair.

    As per your order of June 23 my reply is due July 13. Due to the press of other work, I am requesting an extension of three days until July 16 to file the reply.

    Thank you for your kind consideration.

Sincerely,

Frank Handelman

FH:pg

cc: John M. Castellano, Esq.
    Deputy Executive Assistant District Attorney
    Queens County

    Roseann MacKechnie, Esq.
    Deputy Solicitor General